Michael **WALTERS**, Plaintiff—Appellant,

v.

P. **DOAN**; et al., Defendants—Appellees.

No. 07–15002.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 15, 2009.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Walters, Soledad, CA, pro se.

Alvin Gittisriboongul, Attorney General's Office for the State of California, Sacramento, CA, for Defendants–Appellees.

Before: WALLACE, TROTT and RYMER, Circuit Judges.

MEMORANDUM **

Michael Walters, a California state prisoner, appeals pro se from the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging that prison officials acted with deliberate indifference to his safety in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. Our review is de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment on Walters's failure-to-protect claim because Walters did not raise a triable issue of material fact as to whether defendants were deliberately indifferent to his safety by transporting him, a gang dropout, in the same vehicle as an inmate from the general population. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (holding that

"a prison official cannot be found liable [for deliberate indifference] unless the official knows of and disregards an excessive risk to inmate health or safety").

Walters's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

